| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |

| | |
|---|---|
| DERICK OWUSU,<br><br>                   Plaintiff,<br><br>    v.<br><br>G KOSKI, K MARTIN,<br><br>                   Defendants. | CASE NO. 3:19-CV-05369-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: June 28, 2019 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Derick Owusu, proceeding *pro se*, filed a proposed complaint and application to proceed *in forma pauperis* ("IFP") on May 1, 2019. Dkt. 1. On May 3, 2019, the Clerk of Court sent Plaintiff a letter notifying Plaintiff that he had failed to submit the proper IFP form. Dkt. 2. The Clerk of Court provided Plaintiff with the correct IFP form and warned Plaintiff that if he did not respond to the letter by June 3, 2019, this action may be subject to dismissal. *Id.*; *see also* Dkt. 2-1.

Plaintiff has not responded to the Clerk of Court's letter, has not filed the correct application to proceed IFP, and has not paid the filing fee. As Plaintiff has failed to prosecute this case, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on June 28, 2019, as noted in the caption.

Dated this 10th day of June, 2019.

David W. Christel
United States Magistrate Judge