UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DERICK OWUSU,<br><br>      Plaintiff,<br><br> v.<br><br>G KOSKI, K MARTIN, et al.,<br><br>      Defendants. | No. 3:19-CV-05369-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 4], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) This case is dismissed without prejudice.

The Clerk shall send copies of this Order to Owusu's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 28th day of June, 2019.

                Ronald B. Leighton
                United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1